# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Shavina Luckett,

           Plaintiff,

    vs.

Kohl's Department Stores, Inc.,

           Defendant.

Case No. 5:18-cv-02351-JGB-ACCVx

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Approval of PAGA Settlement, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Final approval of the Settlement Agreement is **GRANTED**;
2. The Court **AWARDS** PAGA Counsel attorneys' fees in the amount of $7,500;
3. The Court **AWARDS** $1,000 to Plaintiff;
4. The Complaint is **DISMISSED WITH PREJUDICE**.  (JS-6).

    **IT IS SO ORDERED.**

Dated: March 19, 2026

                        Honorable Jesus G. Bernal
                        United States District Judge